HALL

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No.: 19-20081 SHL |
| v. | ) ) ) | 18 U.S.C. § 876(c) |
| PATRICK HAYDEN, | ) ) | |
| Defendant. | ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

Between on or about March 2, 2018 and March 6, 2018, in the Western District of Tennessee and elsewhere, the defendant,

**PATRICK HAYDEN**

aided and abetted by others known and unknown to the Grand Jury, did knowingly and willfully deposit in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service, and knowingly caused to be delivered by the United States Postal Service according to the directions thereon, a communication postmarked March 2, 2018, addressed to "Federal Courthouse" and "Federal Employees" and "Judges & Prosecutors" and "Federal Stooges in Black Skirts" containing a threat to injure

1

individuals, including federal judges, prosecutors and their family members, in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:

_____
**FOREPERSON**

_____
**DATED:**

_____
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**